IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL S. CLYDE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-455-WHA-CSC |
| | ) (WO) |
| CHILTON COUNTY JAIL, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On August 31, 2022, the Magistrate Judge filed a Recommendation (Doc. 4) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 4) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Orders.

A final judgment will be entered separately.

DONE this 19th day of September, 2022.

  /s/ W. Harold Albritton  
SENIOR UNITED STATES DISTRICT JUDGE